John K. Bennett, Esq. (Bar ID #024201980)
Joshua D. Allen, Esq. (Bar ID #0244552018)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELINA PORTER, | : |
| | : Civil Action No. _____ |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| EXPRESS SCRIPTS INC.; EXPRESS SCRIPTS PHARMACY, INC.; and JOHN DOES 1-5 AND 6-10, | : **CERTIFICATE OF SERVICE** |
| | : |
| Defendants. | : |

I hereby certify that true and correct copies of Defendants Express Scripts, Inc. and Express Scripts Pharmacy, Inc.'s notice of petition for removal, notice of compliance with 28 U.S.C. § 1446(d), civil cover sheet and this certificate of service were hereby served upon Daniel T. Silverman, Esq., counsel for Plaintiff, to his offices at Costello & Mains, LLC, 18000 Horizon Way, Suite 800, Mount Laurel, New Jersey 08054, on this 16th day of October, 2020, via the Court's ECF System.

s/ *Joshua D. Allen*
Joshua D. Allen

494247
4823-8532-0654, v. 1