John K. Bennett, Esq. (Bar ID #024201980)
Joshua D. Allen, Esq. (Bar ID #0244552018)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELINA PORTER,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPRESS SCRIPTS INC.; EXPRESS SCRIPTS PHARMACY, INC.; and JOHN DOES 1-5 AND 6-10,<br><br>  Defendants. | Civil Action No. _____<br><br>**DEFENDANTS' APPLICATION TO EXTEND THE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND** |

Application is hereby made for a Clerk's Order extending the time within which Defendants, Express Scripts, Inc., and Express Scripts Pharmacy, Inc. ("Express Scripts" or "Defendants"), may answer, move, or otherwise respond to the Complaint filed by Plaintiff, Angelina Porter, and it is represented that:

(i) No previous extension has been sought or obtained;

(ii) Express Scripts was served with the Complaint and Summons through its registered agent CSC, on September 16, 2020;

(iii) This action was timely removed to this Court on October 16, 2020;

(iv) The time for Express Scripts to answer, move, or otherwise respond to Plaintiff's Complaint after removal, pursuant to Fed. R. Civ. P. 81(c)(2), would otherwise expire on October 23, 2020;

(v) Express Scripts hereby requests that the time within which it may answer, move, or otherwise respond to the Complaint herein be extended by fourteen (14) days, pursuant to

L. Civ. R. 6.1 (b), to and including November 6, 2020; and

    (vi)    This request is made without waiving any defenses.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200

By:   s/ John K. Bennett, Esq.
      John K. Bennett

ATTORNEYS FOR DEFENDANTS

Dated: October 16, 2020

The above application is **ORDERED GRANTED**. The time for Defendants, Express Scripts, Inc., and Express Scripts Pharmacy, Inc., to file an answer, motion, or otherwise respond to Plaintiff's Complaint is extended until November 6, 2020.

ORDER DATED:

By: _____

4849-5952-0463, v. 1