Joshua D. Allen, Esq. (NJ Bar ID #244552018)
**FISHER & PHILLIPS LLP**
430 Mountain Avenue, Suite 303
Murray Hill, NJ  07974
Phone: (908) 516-1050
Fax: (908) 516-1051
E-mail:  jallen@fisherphillips.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELINA PORTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS PHARMACY, INC.; and JOHN DOES 1-5 AND 6-10,<br><br>　　　　　Defendants. | **Civil Action No.: 1:20-cv-14555-NLH-MJS**<br><br><br>**WITHDRAWAL OF APPEARANCE** |

The undersigned attorney, Joshua D. Allen, formerly of Jackson Lewis, P.C., hereby withdraws his appearance on behalf of Defendants, EXPRESS SCRIPTS, INC. AND EXPRESS SCRIPTS PHARMACY, INC.  John K. Bennett, who has an appearance entered, will continue to represent Defendants in this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua Allen*
　　　　　　　　　　　　　　　　　　　　　Joshua D. Allen, Esq.

Dated:  September 29, 2021