# Costello & Mains, LLC

Counselors at Law



| | |
|---|---|
| **Kevin M. Costello**◊+ | **Jacquelyn R. Matchett** □ |
| **Deborah L. Mains**○ | **Christopher M. Emrich** □ |
| **Daniel T. Silverman**□ | **Miriam S. Edelstein** □○ |
| **Drake P. Bearden, Jr.** ◊□ | **Christina M. D'Auria** □ |
| | **Bryan J. Horen** + |
| | **Lauren N. Bess** * |
| | **Jack R. Spitz** + |
| | **Eddie S. Freeman** + |

◊CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

o Member of the New Jersey, New York Bars.
+ Member of the New Jersey Bar
□ Member of the New Jersey, Pennsylvania Bars
* Pending Member of the New Jersey Bar

www.CostelloMains.com
**(856) 727-9700**
**(856) 727-9797 (fax)**

Tuesday, October 26, 2021

<u>VIA ECF</u>
Honorable Matthew J. Skahill
United States District Court of New Jersey
4th & Cooper Streets
Camden, NJ 08101

      Re:    Angelina Porter v. Express Scripts, Inc., et al.
             Docket No.: 1:20-cv-14555-NLH-JS

Dear Judge Skahill:

      As the Court is aware, this firm represents the Plaintiff in the above-indicated matter. On September 20, 2021, after the parties reported that they had reached a settlement of the claims, the Court entered a 60-Day Order. Unfortunately, the Defendant has not fulfilled its obligations under the agreement and has not responded to communications from our office. Accordingly, we write to the Court to make two requests. First, we write to request that the Court extend the 60-Day Order by an additional 60 days, or alternatively, for the Court to retain jurisdiction to enforce settlement. Secondly, we write to request that the Court schedule a telephonic conference to address these issues. At such conference, Plaintiff intends to seek leave to file a motion to enforce settlement. We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    COSTELLO & MAINS, LLC
                    By: <u>/Daniel T. Silverman</u>
                    Daniel Silverman

cc:   John K. Bennett, Esq. (via ECF)
      Angelina Porter (via email)

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**