# JacksonLewis

**Jackson Lewis P.C.**
200 Connell Drive, Suite 2000
Berkeley Heights NJ  07922
(908) 795-5200 Direct
(908) 464-2614 Fax
jacksonlewis.com
Richard J. Cino – Managing Principal

JOHN K. BENNETT
Email:  john.bennett@jacksonlewis.com

November 5, 2021

**VIA ECF**
Honorable Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building and U.S. Courthouse
4th & Cooper Streets
Camden, NJ  08101

Re:   Angelina Porter v. Express Scripts, Inc., *et al.*
          Civil Action No: 1:20-cv-14555-NLH-MJS

Dear Judge Skahill:

   We represent Defendants, Express Scripts, Inc. and Express Scripts Pharmacy, Inc. ("Express Scripts"), in this employment action. We submit this letter pursuant to Your Honor's October 27 and November 3, 2021 Orders requesting an update on the status of the settlement.

   On October 30, 2021, Express Scripts sent to Plaintiff's counsel one settlement check by overnight mail. On November 2, 2021, Plaintiff's counsel advised us that this settlement check had been received.

   On November 2, 2021, Express Scripts sent to Plaintiff's counsel the two remaining settlement checks. When we have been advised that those two settlement checks have been received by Plaintiff's counsel, we will file a Stipulation of Dismissal.

   We respectfully request that the hearing scheduled for November 18, 2021, be cancelled.

   We thank the Court for its attention to this matter.

                                             Respectfully submitted,

                                             JACKSON LEWIS P.C.

                                              */s John K. Bennett*
JKB/ABA                                      John K. Bennett
cc: Dan Silverman, Esq. (By ECF)
4892-4304-4610, v. 1