**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ANGELA PORTER

Plaintiff,

v.

EXPRESS SCRIPTS INC. et al

Defendant

Civil Action No. 20-14555 (NLH)(MJS)

**ORDER EXTENDING 60 DAY ORDER**
**ADMINISTRATIVELY TERMINATING ACTION**

It having been reported to the Court that the above-captioned action has been settled and the parties requesting additional time to finalize their settlement,

IT IS on this ___8th___ day of November, 2021,

ORDERED that by **December 20, 2021** (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

ORDERED that, absent receipt from the parties of dismissal papers or a request to reopen the action by **December 20, 2021**, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                                    s/MATTHEW J. SKAHILL
                                         U.S.M.J.