John K. Bennett, Esq. (Bar ID #024201980)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELINA PORTER, | Civil Action No. 20-cv-14555-NLH-MJS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| EXPRESS SCRIPTS, INC.; EXPRESS SCRIPTS PHARMACY, INC.; and JOHN DOES 1-5 AND 6-10, | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, Angelina Porter, and Defendants, Express Scripts Services Company (incorrectly named as Express Scripts, Inc. and Express Scripts Pharmacy, Inc., through their undersigned counsel, who are authorized to enter into this stipulation, that this action is hereby dismissed in its entirety, with prejudice and without costs or attorneys' fees being awarded to either party.

Costello & Mains, LLC

By: /s/ Daniel T. Silverman
      Daniel T. Silverman, Esq.
      Attorneys for Plaintiff

Dated: September  7 , 2021

JACKSON LEWIS P.C.

By: *s/ John K. Bennett*
      John K. Bennett, Esq.
      Attorneys for Defendants

Dated: September 3, 2021

4840-2057-7017, v. 1